*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Linda Lee Teresa Giaccio
    Debtor(s)

Case No: 24−11344−amc

Chapter: 13

___

## *STATUS HEARING*

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a Status hearing will be held before the Honorable Ashely M. Chan ,

United States Bankruptcy Court

on 7/10/24 at 11:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107 .

    Debtors Pro−se Motion to Extend Automatic Stay Beyond the 30 day Period. Filed by Linda Lee Teresa Giaccio

For The Court

Timothy B. McGrath
Clerk of Court