United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 24-11344-amc
Linda Lee Teresa Giaccio   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 3
Date Rcvd: Jul 10, 2024   Form ID: pdf900   Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda Lee Teresa Giaccio, 577 Snowden Rd., Upper Darby, PA 19082-5013 |
| 14877962 | + | Bayview Loan Servicing, LLC, c/o Van Ness Law Firm, PA, 1239 E. Newport center Drive, Ste 110, Deerfield Beach, FL 33442-7711 |
| 14877963 | + | Broward County Water and Waste, 2555 W. Copans Road, Pompano Beach, FL 33069-1233 |
| 14877989 | | Ci ti-Citgo, PO Box 15687, Wilmington, DE 19850-5687 |
| 14877968 | + | Citi-BP Oil, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 14877970 | + | Citi-Citgo, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 14878001 | + | M&T Bank, c/o Clarfield, Okon & Salomone, P.L., 500 Australian Avenue, Ste 825, West Palm Beach, FL 33401-6215 |
| 14878005 | + | Mahendra & Kashmira Patel, c/o Edward M. Shahady, Esq, Attorneys for Interested Parties, 7900 Peters Road, Ste B-200, Fort Lauderdale, FL 33324-4023 |
| 14878006 | + | Memorial Regional Hospital, 3501 Johnson Street, Hollywood, FL 33021-5421 |
| 14878007 | + | Mobil, c/o Cal vary Portfolio Services, LLC, 7 Skyline Drive, third Floor, Hawthorne, NY 10532-2156 |
| 14878009 | + | Mount Sinai Medical Center, c/o Dr. Kim, 3700 Washington Street, Ste 302, Hollywood, FL 33021-8249 |
| 14878010 | + | Norman Burns, 602 N. 26th Avenue, Hollywood, FL 33020-3805 |
| 14878011 | + | Norman Burns & Judith Burns, 602 N. 26th Avenue, Hollywood, FL 33020-3805 |
| 14880647 | + | U.S. Bank National Association,as Trustee for Bayv, c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14878013 | | Wells Fargo Bank, c/o Wells Fargo Card Services, PO Box 6412, Carol Stream, IL 60197-6412 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 11 2024 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 11 2024 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 11 2024 00:15:51 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14876842 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 11 2024 00:31:14 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14877025 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 11 2024 00:14:18 | Ally Financial Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14892755 | | Email/PDF: bncnotices@becket-lee.com | Jul 11 2024 00:14:59 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14877964 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 11 2024 00:14:18 | Capital One Bank, PO Box 5155, Norcross, GA 30091 |
| 14877965 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 11 2024 00:16:13 | Care CR/GEMB, PO Box 52005, Phoenix, AZ 85072-2005 |

| | | | | |
|---|---|---|---|---|
| 14877966 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 11 2024 00:16:01 | Care Credit, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14877969 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 11 2024 00:16:11 | Citi-BP Oil, PO Box 15687, Wilmington, DE 19850-5687 |
| 14877991 | | Email/Text: bnc-applied@quantum3group.com | Jul 11 2024 00:04:00 | Cross Country Bank, Applied Card Bank, PO Box 17120, Wilmington, DE 19886-7120 |
| 14877990 | | Email/Text: bnc-applied@quantum3group.com | Jul 11 2024 00:04:00 | Cross Country Bank, c/o Applied Card Bank, PO Box 17120, Wilmington, DE 19886-7120 |
| 14892756 | | Email/PDF: bncnotices@becket-lee.com | Jul 11 2024 00:14:57 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14877996 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 11 2024 00:15:56 | First Premier, 900 W. Delaware, Sioux Falls SD 57104-0347 |
| 14877997 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 11 2024 00:14:14 | First Premier, PO Box 5524, Sioux Falls SD 57117-5524 |
| 14878000 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 11 2024 00:03:00 | General Motors Acceptance Corp, PO Box 5055, Troy, MI 48007-5055 |
| 14877999 | | Email/Text: ally@ebn.phinsolutions.com | Jul 11 2024 00:03:00 | General Motors Acceptance Corp., PO Box 331 70, Detroit, MI 48232-5170 |
| 14890280 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2024 00:15:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14878004 | | Email/Text: camanagement@mtb.com | Jul 11 2024 00:04:00 | M and T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 14890281 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2024 00:14:10 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14880489 | ^ | MEBN | Jul 10 2024 23:57:07 | U.S. Bank National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14901249 | | Email/Text: camanagement@mtb.com | Jul 11 2024 00:04:00 | U.S. Bank National Association, at. el, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14902728 | | Email/Text: camanagement@mtb.com | Jul 11 2024 00:04:00 | U.S. Bank National Association, at. el, c/o M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14878012 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 11 2024 00:15:01 | Wachovia, PO Box 311 7, Winston Salem, NC 27101 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2024        Signature:        /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2024 | Form ID: pdf900 | Total Noticed: 39 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:**

**Name**  **Email Address**

ANN E. SWARTZ
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. Bank National Association  as Trustee for Bayview Financial Mortgage Pass-Through Trust 2006-D, Mortgage Pass-Through Certificates, Series 2006-D bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Linda Lee Teresa Giaccio<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 24-11344-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

　　AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED and Debtor is barred from filing bankruptcy, either individually or jointly with a spouse under any section of the code, without prior leave of Court FOR A PERIOD OF TWO YEARS.

　　IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: July 10, 2024**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE