*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Linda Lee Teresa Giaccio<br><br>Debtor(s). | Case No. 24−11344−amc<br><br>Chapter: 13<br><br>Civil Case Number. |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

- ☑ Certificate of appeal from order entered July 10, 2024 by the Honorable Ashely M. Chan
  Notice of appeal filing fee ☑ paid    ☐ not paid

- ☐ Designation of Record on Appeal Filed
- ☐ Designation of Record on Appeal Not Filed

- ☐ Supplemental certificate of appeal

- ☐ Motion for leave to appeal filed
- ☐ Answer to motion filed

- ☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
- ☐ Report and recommendation entered by the Honorable Ashely M. Chan
- ☑ ==Other Motion to Reconsider filed and pending==.

    Kindly acknowledge receipt on the copy of the letter provided.

Date: July 22, 2024                                                                        For The Court

                                                                                                                    Timothy B. McGrath
                                                                                                                    Clerk of Court

___

Received Above material or record tile this day: _____
Civil Action No. _____                            Signature: _____
Miscellaneous No._____                   Date: _____
Assigned to Judge _____