Form PL239 (03/22)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Linda Lee Teresa Giaccio )<br>)<br>)<br>Debtor(s). )<br>)<br>) | Case No. 24−11344−amc<br><br>Chapter: 13<br><br>Civil Case Number. |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

   ☑  Certificate of appeal from order entered July 10,2024 by the Honorable Ashely M. Chan
Notice of appeal filing fee ☑ paid   ☐ not paid

   ☐  Designation of Record on Appeal Filed
   ☐  Designation of Record on Appeal Not Filed

   ☐  Supplemental certificate of appeal

   ☐  Motion for leave to appeal filed
   ☐  Answer to motion filed

   ☐  Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
   ☐  Report and recommendation entered by the Honorable Ashely M. Chan
   ☑  Other Motion to Reconsider filed and pending.

    Kindly acknowledge receipt on the copy of the letter provided.

Date: July 22, 2024                                                                          For The Court

                                                                                                                  Timothy B. McGrath
                                                                                                                  Clerk of Court

_____

Received Above material or record tile this day: _July 22, 2024_____
Civil Action No. 24-cv-3273                                                     Signature: /s/ *Steve Tomas*
   Miscellaneous    No._____                          Date: 7/22/24
Assigned to Judge John F. Murphy