*Form 242* (3/23)–doc 36 – 29

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Linda Lee Teresa Giaccio ) | Case No. 24–11344–amc |
| ) | |
| ) | |
| Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF INACCURATE FILING

Re: Doc.# [29] Motion to Reconsider Dismissal of Case

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☐ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☐ Wrong PDF document attached
- ☐ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☑ Other: Notice of Motion with hearing date not filed.

In order for this matter to proceed, please submit the above noted correction on or before August 8, 2024, otherwise, the matter will be referred to the Court.

Date: July 25, 2024                                                                                             For The Court

                                                                                                      Timothy B. McGrath
                                                                                                      Clerk of Court