*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Linda Lee Teresa Giaccio )    Case No. 24−11344−amc
    )
    )
   Debtor(s). )    Chapter: 13
    )
    )    Civil Case Number. 24−cv−3273

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

   We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

- ☐ Certificate of appeal from order entered July 10, 2024 by the Honorable Ashely M. Chan
Notice of appeal filing fee ☐ paid ☐ not paid

- ☐ Designation of Record on Appeal Filed
- ☑ Designation of Record on Appeal Not Filed

- ☐ Supplemental certificate of appeal

- ☐ Motion for leave to appeal filed
- ☐ Answer to motion filed

- ☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan Report and recommendation entered by the Honorable Ashely M. Chan
- ☑ Other Pro−se Debtors Motion for Re−hearing/Reconsider Dismissal of Chapter 13 Case Directing M&T Bank to Cancel Foreclosure Sale pending in Bankruptcy Court.AND Emergency Motion for Expedited Re-hearing and Reconsideration of Order Dismissing Chapter 13 Case pending in Bankruptcy Court

   Kindly acknowledge receipt on the copy of the letter provided.

Date: August 16, 2024                                   For The Court

                                                                Timothy B. McGrath
                                                                Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____             Signature: _____
Miscellaneous No._____             Date: _____
Assigned to Judge _____