*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Linda Lee Teresa Giaccio ) Case No. 24−11344−amc
)
)
Debtor(s). ) Chapter: 13
)
) Civil Case Number. 24−cv−3273

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

   We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☐ Certificate of appeal from order entered July 10,2024 by the Honorable Ashely M. Chan
Notice of appeal filing fee ☐ paid ☐ not paid

☐ Designation of Record on Appeal Filed
☒ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan   Report and
☐ recommendation entered by the Honorable Ashely M. Chan
☒ Other Pro−se Debtors Motion for Re−hearing/Reconsider Dismissal of Chapter 13 Case Directing M&T Bank to Cancel Foreclosure Sale pending in Bankruptcy Court.AND Emergency Motion for Expedited Re-hearing and Reconsideration of Order Dismissing Chapter 13 Case pending in Bankruptcy Court

   Kindly acknowledge receipt on the copy of the letter provided.

Date: August 16, 2024                 For The Court

                                           Timothy B. McGrath
                                           Clerk of Court

___

Received Above material or record tile this day: August 19, 2024
Civil Action No. 24-cv-3273                 Signature: /s/ *Steve Tomas*
   Miscellaneous   No._____       Date: 8/19/24
Assigned to Judge John F. Murphy