IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INRE:  CHAPTER 13

LINDA LEE TERESA GIACCIO,

Debtor  Bky No.24-11344 AMC

## ORDER

AND NOW, this 20th day of August 2024, upon consideration of the Debtor's Emergency Motion for Expedited Re-hearing and Reconsideration of Order Dismissing Case, it is hereby: **ORDERED AND DECREED** that Debtor's Motion for an Emergency hearing is **DENIED.**

BY THE COURT:

_____
Ashely M. Chan
Chief Judge, U.S. Bankruptcy Court