| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 24-11344-AMC

| | |
|---|---|
| Linda Lee Teresa Giaccio | Petition Filed Date: 04/19/2024 |
| 577 Snowden Rd. | 341 Hearing Date: 08/02/2024 |
| Upper Darby  PA    19082 | Confirmation Date: |

Case Status: Pending Reopen on 7/10/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

**There were no receipts posted to this case for the time period selected**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| **CLAIMS AND DISTRIBUTIONS** | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | PRO SE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  001 | Unsecured Creditors | $578.95 | $0.00 | $0.00 |
| 2 | PYOD LLC<br>»»  002 | Unsecured Creditors | $799.11 | $0.00 | $0.00 |
| 3 | AMERICAN FIRST FINANCE<br>»»  003 | Unsecured Creditors | $1,924.00 | $0.00 | $0.00 |
| 4 | FINE WISE BANK<br>»»  004 | Unsecured Creditors | $224.77 | $0.00 | $0.00 |
| 5 | M&T BANK<br>»»  005 | Secured Creditors | $316,048.47 | $0.00 | $0.00 |
| 6 | BROWARD COUNTY WATER AND WASTE SERVICES<br>»»  006 | Secured Creditors | $14,063.76 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11344-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $90.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $5,400.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.