# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDA LEE TERESA GIACCIO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 24-3273 |
| | : | |
| **SCOTT F. WATERMAN, U.S. TRUSTEE** | : | |

## ORDER

**AND NOW**, this 10th day of January 2025, in light of this case being abandoned, it is

**ORDERED** we **DISMISS** this matter and the Clerk of Court shall **close** this case.

_____
**MURPHY, J.**