UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA   19106-1797

George Wylesol                                                                                    Clerk's Office
Clerk of Court                                                                                    215-597-7704

Timothy McGrath                                                                                    February 12, 2025
Clerk
U.S. Bankruptcy Court
900 Market Street
Suite 400
Philadelphia,   PA   19107-4299

RE:    **LINDA LEE TERESA GIACCIO**

CA No.   24-3273
Bky. No. 24-11344

Dear Mr. McGrath:

Enclosed herewith is an electronic copy of the Order remanding and/or returning your record, which was filed in this office on 1/10/2025.

Kindly acknowledge receipt on the copy of letter provided. Please return to InterdistrictTransfer_PAED@paed.uscourts.gov

Sincerely,

George Wylesol
Clerk of Court

g

By:   s/ Amanda Frazier
      Amanda Frazier, Deputy Clerk

Received above record this   12th day of   February ,2025

/s/ Christine Wagner
(Signature)

bankrec.frm